UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| TCP ROOFING LLC C O SUNVEK TCP ROOFING LLC C | Case No. 06-02955-PHX CGC |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

   S. William Manera, Trustee, reports that the following dividend check have been issued and not presented for payment, mail was return to sender by United States Post Office and marked unable to forward; no change of address was filed with the U.S. Bankruptcy Court.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3018 | 08/19/2010 | William A Ungor 2025 West Morton – Apt 3 Phoenix, AZ 85021 | $523.34 |

   The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $523.34 to the Clerk of the Court to be deposited in the Registry thereof.

|  | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |